UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 13159
LAWANDA J SHELTON
                                                    CHAPTER 13

                                                    JUDGE: MANUEL BARBOSA

          Debtor
     SSN XXX-XX-5552

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 07/23/07 and confirmed on 09/21/07.

     2.   The case was dismissed after confirmation, 11/15/2007.

     3.   The Debtor paid a total of $    686.00 .

     4.   The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | .00 | .00 | .00 |
| OAKWOOD HILLS CONDO ASSO | SECURED | 4000.00 | .00 | 87.11 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 12238.33 | .00 | 563.63 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | SECURED | 200.00 | .00 | 17.42 |
| EXXON MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LORD & TAYLOR | UNSECURED | NOT FILED | .00 | .00 |
| SHELL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| HILCO RECEIVABLES LLC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DELL FINANCIAL SERVICES | UNSECURED | 598.84 | .00 | .00 |

          Summary of disbursements:

--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 16438.33 | .00 | 598.84 | .00 | 17037.17 |
| PRINCIPAL PAID | 668.16 | .00 | .00 | .00 | 668.16 |

```
INTEREST PAID                    .00          .00          .00          .00          .00
TOTAL PAID                    668.16          .00          .00          .00       668.16
```

The Debtor's attorney, COSTELLO & COSTELLO            , was allowed $    3500.00
and was paid $    1126.00   direct and $        .00   through the plan.

The Trustee received $      17.84 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


Dated: 02/11/08                        /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE